Kenneth L. Valinoti, Esq., SBN 118442
**VALINOTI & DITO, LLP**
353 Sacramento Street, Suite 1140
San Francisco, California 94111-3657
Telephone: (415) 986-1338
Facsimile: (415) 986-1231
Email: kvalinoti@valinoti-dito.com

Daniel Ray Bacon, Esq., SBN 103866
**LAW OFFICES OF DANIEL RAY BACON**
234 Van Ness Avenue
San Francisco, California 94102-4515
Telephone: (415) 864-0907
Facsimile: (415) 864-0989
Email: bacondr@aol.com

ATTORNEYS FOR PLAINTIFFS


MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6927
    neill.tseng@usdoj.gov

Attorneys for Defendant
KATHLEEN SEBELIUS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DANIEL RAY BACON, et al., | ) | No. C 12-04247 EDL |
| Plaintiffs, | ) ) | **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | ) ) | |
| KATHLEEN SEBELIUS, Secretary of Health & Human Services, | ) ) ) | |
| Defendant. | ) ) | |

STIPULATION TO CONTINUE INITIAL CMC; [PROPOSED] ORDER
C 12-04247 EDL

## STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

Subject to the approval of the Court, the parties hereby stipulate that the initial case management conference currently scheduled for November 13, 2012, at 10:00 a.m. will be continued to December 18, 2012, at 10:00 a.m. The parties jointly make this request because Defendant's answer is not due until November 26, 2012, and the parties believe the initial case management conference will be more productive if it takes place after Defendant files her answer. The parties' joint case management conference statement will be due no later than seven (7) days before the initial case management conference.

Respectfully submitted,

DATED: 10/22/2012

Kenneth L. Valinoti, Esq.
Attorneys for Plaintiffs

MELINDA L. HAAG
United States Attorney

DATED: 10/22/12

NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: October 25, 2012

HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE INITIAL CMC; [PROPOSED] ORDER
C 12-04247 EDL                    2