1   Kenneth L. Valinoti, Esq., SBN 118442
    **VALINOTI & DITO, LLP**
2   353 Sacramento Street, Suite 1140
    San Francisco, California 94111-3657
3   Telephone: (415) 986-1338
    Facsimile: (415) 986-1231
4   Email: kvalinoti@valinoti-dito.com

5   Daniel Ray Bacon, Esq., SBN 103866
    **LAW OFFICES OF DANIEL RAY BACON**
6   234 Van Ness Avenue
    San Francisco, California 94102-4515
7   Telephone: (415) 864-0907
    Facsimile: (415) 864-0989
8   Email: bacondr@aol.com

9   ATTORNEYS FOR PLAINTIFFS

10
    MELINDA HAAG (CSBN 132612)
11  United States Attorney
    ALEX G. TSE (CSBN 152348)
12  Chief, Civil Division
    NEILL T. TSENG (CSBN 220348)
13  Assistant United States Attorney

14      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
15      Telephone: (415) 436-7155
        FAX: (415) 436-6927
16      neill.tseng@usdoj.gov

17  Attorneys for Defendant
    KATHLEEN SEBELIUS
18

19                  UNITED STATES DISTRICT COURT
20
                  NORTHERN DISTRICT OF CALIFORNIA
21
                      SAN FRANCISCO DIVISION
22
    DANIEL RAY BACON, et al.,          )   No. C 12-04247 EDL
23                                     )
                Plaintiffs,            )   **STIPULATION TO CONTINUE**
24                                     )   **INITIAL CASE MANAGEMENT**
            v.                         )   **CONFERENCE; [PROPOSED] ORDER**
25                                     )
    KATHLEEN SEBELIUS, Secretary of    )
26  Health & Human Services,           )
                                       )
27              Defendant.             )
    _____)
28

    STIPULATION TO CONTINUE INITIAL CMC; [PROPOSED] ORDER
    C 12-04247 EDL

1

**STIPULATION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

2

3        Subject to the approval of the Court, the parties hereby stipulate that the initial case

4   management conference currently scheduled for November 13, 2012, at 10:00 a.m. will be

5   continued to December 18, 2012, at 10:00 a.m.  The parties jointly make this request because

6   Defendant's answer is not due until November 26, 2012, and the parties believe the initial case

7   management conference will be more productive if it takes place after Defendant files her

8   answer.  The parties' joint case management conference statement will be due no later than

9   seven (7) days before the initial case management conference.

10                                          Respectfully submitted,

11

12
      DATED:  10/22/2012
13                                          _____
                                            Kenneth L. Valinoti, Esq.
14                                          Attorneys for Plaintiffs

15
                                            MELINDA L. HAAG
16                                          United States Attorney

17

18    DATED:  10/22/12
                                            _____
19                                          NEILL T. TSENG
                                            Assistant United States Attorney
20                                          Attorneys for Defendant

21

22   **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

23

24

25    DATED:  October 25, 2012
                                            _____
26                                          HONORABLE ELIZABETH D. LAPORTE
                                            UNITED STATES MAGISTRATE JUDGE

27

28

STIPULATION TO CONTINUE INITIAL CMC; [PROPOSED] ORDER
C 12-04247 EDL                                2