**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**DANIEL RAY BACON**

  Plaintiff(s),

    v.

**KATHLEEN SEBELIUS**

  Defendants.
_____/

No. C-**12-04247** EDL

**ORDER   VACATING   CASE MANAGEMENT DATES**

  The Court has been informed that the parties have settled this case.  Therefore, all further case management dates are vacated.  No later than June 24, 2013, the parties shall file a joint case management conference statement updating the Court on the status of the case in the event that the parties have not dismissed this case in the meantime.

IT IS SO ORDERED.

Dated: April 23, 2013

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge